UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO JACOBO REYES,<br><br>          Petitioner,<br><br>  v.<br><br>WILLIAM L. MUNIZ,<br><br>          Respondent. | Case No. SA CV 17-01445 AG (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: October 30, 2017

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE